No. 3154.—El Pueblo, Apldo., *v.* Ríos et al., Apltes.—C. D. Aguadilla. Infracción Ley Prohibición. Feb. 23, 1928. En lo pertinente, el tribunal dijo en este caso lo siguiente:

Por cuanto examinada la prueba a la luz de la jurisprudencia, especialmente de la establecida por la Corte de Cir-

cuito de Apelaciones del Primer Circuito en el caso de *El Pueblo* v. *Lino Castro,* resuelto el 27 de Diciembre último, 23 Fed. (2nd) 263 los licores que se presentaron y admitieron como prueba, fueron ocupados ilegalmente y por tanto no pudieron servir de evidencia en contra de los acusados, y

Por cuanto descartada dicha prueba no hay base para una sentencia condenatoria:

Por tanto, de acuerdo con los hechos y la ley , *se revoca la sentencia apelada.*